MATTHEW LAY, ESQ.
Nevada Bar No. 12249
NGUYEN & LAY
400 South Fourth Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 383-3200
Facsimile: (702) 675-8174
E-mail: dml@lasvegasdefender.com

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:15-cr-00174-KJD-BNW |
| Plaintiff, | ) | |
| vs. | ) | **MOTION TO BE REMOVED FROM CM/ECF ELECTRONIC NOTICE LIST** |
| MICHAEL GUARIGLIA, | ) | |
| Defendant. | ) | |

The undersigned hereby requests to be removed from the CM/ECF Electronic Notice List.

DATED this 13th day of August, 2021.

    /s/ Matthew Lay
MATTHEW LAY, ESQ.
Nevada Bar No. 12249
NGUYEN & LAY
400 S. Fourth Street, Suite 650
Las Vegas, Nevada 89101
Telephone: (702) 383-3200
Facsimile: (702) 675-8174
E-mail: dml@lasvegasdefender.com

**Order**

**IT IS SO ORDERED**

**DATED:** 1:27 pm, August 17, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**